UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

    **Plaintiff,**

**v.**                                              Case No. 2:19cr68

**Rassaun E. Johnson,**                 Judge Michael H. Watson

    **Defendant.**

## ORDER

Upon agreement of the Government and for good cause shown, Defendant's third motion to extend his time to report to the Federal Bureau of Prisons, ECF No. 32, is **GRANTED**. The Court **EXTENDS** Defendant's report date by ninty (90) days. Defendant shall self-surrender by October 1, 2020. The Clerk shall terminate ECF No. 32.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT